UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MADHAV PRASAD DAHAL,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No. C26-1582-MLP

ORDER APPOINTING COUNSEL

This is a federal habeas action filed under 28 U.S.C. § 2241. The Federal Public Defender's Office, on behalf of Petitioner, has filed a motion seeking appointment of counsel in this matter. (Dkt. # 2.) The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

(1)    Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated, by means of counsel's attestation, financial eligibility for such appointment. Accordingly, Petitioner's request for appointment of counsel (dkt. # 2) is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

ORDER APPOINTING COUNSEL - 1

(2)   Petitioner shall file a signed financial affidavit within **thirty (30) days**.

(3)   The Clerk is directed to send copies of this order to Petitioner, to the Federal Public Defender, and to counsel for Respondent.

Dated this 19th day of May, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2